UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-61070-CIV-ZLOCH

DANIEL TURNER,

    Plaintiff,

vs.                        **FINAL ORDER OF DISMISSAL**

PRL EURO CAFE, INC.,

    Defendant.
_____/

THIS MATTER is before the Court sua sponte. The Court has carefully reviewed the entire court file herein and is otherwise fully advised in the premises.

In its previous Order (DE 5) the Court struck a letter (DE 4) received into the record from Defendant PRL Euro Cafe, Inc. because Defendant is a corporation attempting to proceed pro se, which is prohibited. Palazzo v. Gulf Oil Corp., 764 F.2d 1381, 1385 (11th Cir. 1985).

In said Order, the Court entered a default against the Defendant and ordered Plaintiff to file a motion for default final judgment by noon on Thursday, September 18, 2008. The Court notified Plaintiff that upon his failure to comply with the terms and conditions of its Order, the Court would dismiss this action without further notice or hearing. Plaintiff has failed to comply with this Court's Order. Therefore, pursuant to Federal Rule of Civil Procedure 41, this action will be dismissed without prejudice.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The above-styled cause be and the same is hereby **DISMISSED** without prejudice; and

2. All pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ____18th____ day of September, 2008.

```
                        _____
                        WILLIAM J. ZLOCH
                        United States District Judge
```

Copies furnished:

All Counsel of Record